## JOHNSON *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 144, September Term, 1964.]

*Decided August 5, 1965.*

Before the entire Court.

PER CURIAM.

For reasons stated in the opinion of Judge Jenifer in the lower court, the application for leave to appeal is hereby denied.